## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 457 MAL 2020

       Respondent             :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

       v.                         :

DAVID CARDONA,                 :

       Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.